IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DAN DEWAYNE NEWCOMB**                                            **PLAINTIFF**

**v.**                                       **No. 4:20CV105-GHD-RP**

**TOMMY TAYLOR, ET AL.**                                          **DEFENDANTS**

**ORDER GRANTING PLAINTIFF'S MOTIONS [23], [30]
TO COMPEL THE DEFENDANTS TO PRODUCE
THE DOCUMENTS DESCRIBED IN THE SCHEDULING ORDER
IN THIS CASE**

This matter comes before the court on the plaintiff's motions [23], [30] to compel the defendants to produce the documents described in the court's Scheduling Order [14]. The defendants have not filed a notice with the court stating that they have produced the documents, and the deadline to do so expired on February 19, 2021. As such, the plaintiff's motions [23], [30] for the defendants to produce the relevant documents are **GRANTED**, and the new deadline for the defendants to do so is September 24, 2021.

**SO ORDERED**, this, the 24th day of August, 2021.

                                                             /s/ Roy Percy
                                                             UNITED STATES MAGISTRATE JUDGE