IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DAN DEWAYNE NEWCOMB                                                                PLAINTIFF

v.                                                                                              No. 4:20CV105-GHD-RP

TOMMY TAYLOR, ET AL.                                                              DEFENDANTS

**ORDER DISMISSING AS IMPROPER PLAINTIFF'S
MOTION [16] FOR SUMMARY JUDGMENT**

This matter comes before the court on the motion [16] by the plaintiff for summary judgment under Fed. R. Civ. P. 56. As to each issue for which the moving party seeks summary judgment, the party must "show that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." To establish that a fact is genuinely undisputed, Rule 56 requires that the movant provide evidence from "materials in the record, including depositions, documents, electronically stored information, affidavits or declarations, stipulations (including those made for the purposes of the motion only), admissions, interrogatory answers, or other materials." Fed. R. Civ. P. 56(c)(1)(A). Mr. Newcomb has not done so. As such, the instant motion [16] for summary judgment is **DENIED**.

**SO ORDERED**, this, the 24th day of August, 2021.

_/s/ Glen H. Davidson_
SENIOR UNITED STATES DISTRICT JUDGE