IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DAN DEWAYNE NEWCOMB     PLAINTIFF

v.     No. 4:20CV105-GHD-RP

TOMMY TAYLOR, ET AL.     DEFENDANTS

### FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the defendants' motion for summary judgment is **GRANTED**, and the instant case is **DISMISSED** with prejudice.

**SO ORDERED**, this, the 16 day of May, 2022.

/s/ Glen H. Davidson
SENIOR JUDGE